# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| JACOB ADAM YODER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. |
| ) | 1:19-cv-01955-AKK-SGC |
| PHYLLIS MORGAN, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On July 14, 2020, the magistrate judge entered a report recommending that the court deny Yoder's petition for a writ of habeas corpus under 28 U.S.C. § 2254. Doc. 19. Although the petitioner was advised of his right to file specific written objections within fourteen days, no objections have been received by the court. After careful consideration of the record in this case, the court concludes that the magistrate judge's report and recommendation is due to be adopted, and that Yoder's petition is due to be denied as time-barred, procedurally defaulted, and meritless. A separate order will be entered.

**DONE** the 4th day of August, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE